852 A.2d 187

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JASON HEARNS, DEFENDANT–PETITIONER.

May 6, 2004.

ORDERED that the petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the Superior Court, Law Division, Atlantic County, for a new hearing on defendant's sentence in the presence of defendant. The sentencing judge shall impose an appropriate sentence after weighing the impact of relevant aggravating and

mitigating factors to the presumptive term for aggravated manslaughter.

Jurisdiction is not retained